# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Swank, Kimberly A. | US District Court, Eastern District of North Carolina | 03/27/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Part-time | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☑ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

US Courthouse Annex
215 South Evans Street
Greenville, NC 27858

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Federal Magistrate Judges' Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 03/27/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Vidant Medical Center |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▨▨▨▨ | Tuition | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 03/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State Employees' Credit Union Accounts | B | Int./Div. | L | T | | | | | |
| 2. PNC Bank account | A | Interest | J | T | | | | | |
| 3. Brokerage Acct #1 (IRA) (H) | | | | | | | | | |
| 4. --Clearbridge Aggressive (SAGYX) | | None | | | Sold | 06/13/17 | J | | |
| 5. --Hartford Core Equity (HGIIX) | | None | | | Sold | 06/13/17 | J | B | |
| 6. --John Hancock Bond Fund (JHBIX) | A | Dividend | | | Sold | 06/13/17 | J | | |
| 7. --John Hancock Intl Growth (GOGIX) | | None | | | Sold | 06/13/17 | J | A | |
| 8. --JP Morgan Equity Inc. (HLIEX) | A | Dividend | | | Sold | 06/13/17 | J | B | |
| 9. --MFS Mid Cap Val (MCVIX) | | None | | | Sold | 06/13/17 | J | A | |
| 10. --Pioneer Bond Fund (PICYX) | A | Dividend | | | Sold | 06/13/17 | J | | |
| 11. --Principal Mid Cap (PMCPX) | | None | | | Sold | 06/13/17 | J | A | |
| 12. --RJ Bank Dep Program Sweep | A | Interest | | | Closed | 06/12/17 | | | |
| 13. --Western Asset Mtg Backed Sec (SGSYX) | A | Dividend | | | Sold | 06/13/17 | J | | |
| 14. --Invesco Diversified (LCEYX) | | None | | | Sold | 06/13/17 | J | A | |
| 15. --Henderson Global Eq (HFQIX) | | None | | | Sold | 06/13/17 | J | B | |
| 16. --Gateway Fund Class Y (GTEYX) | | None | | | Sold | 06/13/17 | J | A | |
| 17. --Cohen & Steers RE Secs (CSDIX) | A | Dividend | | | Sold | 06/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 03/27/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Columbia Small Cap (NMSCX) | | None | | | Sold | 06/13/17 | J | A | |
| 19. --New World Fund (NFFFX) | | None | | | Sold | 06/13/17 | J | A | |
| 20. --First Trust Lg Cap (FEX) | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 21. | | | | | Sold (part) | 11/08/17 | J | A | |
| 22. --FQF Oshares US (OUSA) | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 23. --Guggenheim S&P (RSP) | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 24. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 25. --Ishares Emg Mkt (IEMG) | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 26. --Ishares Min Vol (USMV) | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 27. | | | | | Sold (part) | 07/12/17 | J | | |
| 28. --Ishares US Stk Mkt (ITOT) | A | Dividend | K | T | Buy | 06/15/17 | K | | |
| 29. --Ishares S&P (IVV) | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 30. | | | | | Sold (part) | 09/11/17 | J | A | |
| 31. --Ishares Sm Cap (IJR) | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 32. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 33. --Ishares Agg Bond (AGG) | A | Dividend | | | Buy | 06/15/17 | J | | |
| 34. | | | | | Sold (part) | 07/12/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 03/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 09/11/17 | J | A | |
| 36. --JP Morgan Div Intl (JPIN) | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 37. --Powershares DB Base Metals (DBB) | | None | J | T | Buy | 07/12/17 | J | | |
| 38. --Powershares DB Energy (DBE) | | None | J | T | Buy | 09/11/17 | J | | |
| 39. --Powershares QQQ (QQQ) | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 40. | | | | | Buy (add'l) | 09/11/17 | J | | |
| 41. --Sector Tech Sel (XLK) | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 42. --SPDR S&P Mid Cap (MDY) | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 43. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 44. --SPDR Blackstone (SRLN) | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 45. | | | | | Sold (part) | 07/12/17 | J | | |
| 46. | | | | | Sold (part) | 09/11/17 | J | | |
| 47. --SPDR Bloomberg (SJNK) | A | Dividend | | | Buy | 06/15/17 | J | | |
| 48. | | | | | Sold | 07/12/17 | J | | |
| 49. --SPDR Emg Mkt (SPEM) | | None | J | T | Buy | 11/08/17 | J | | |
| 50. --Wisdomtree Bloomberg (USDU) | | None | J | T | Buy | 06/15/17 | J | | |
| 51. --Wells Fargo Cash Sweep Acct | A | Interest | J | T | Open | 05/25/17 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 03/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VOYA Index Plus Lg Cap | | None | L | T | | | | | |
| 53. Investment Co of America Fund Class A | A | Dividend | | | Sold | 06/16/17 | K | D | |
| 54. Brokerage Acct #2 (H) | | | | | | | | | |
| 55. --Invesco Comstock Fund Class A | B | Dividend | K | T | | | | | |
| 56. --Touchstone MidCap Value Instl Class | B | Dividend | K | T | | | | | |
| 57. -- T Rowe Price Blue Chip Growth Fund | B | Dividend | L | T | | | | | |
| 58. --AF EuroPac Gr | B | Dividend | K | T | | | | | |
| 59. --Dodge & Cox Intl | A | Dividend | K | T | | | | | |
| 60. --Invesco Sm Cap | C | Dividend | K | T | | | | | |
| 61. --ABF Sm Cap Val Inst | B | Dividend | K | T | | | | | |
| 62. --Fid Low Priced Stk | B | Dividend | K | T | | | | | |
| 63. --Fid 500 Index Inst | B | Dividend | L | T | | | | | |
| 64. --MSIF GLB RE Port IS | B | Dividend | K | T | | | | | |
| 65. --PIM Total RT Inst | A | Dividend | K | T | | | | | |
| 66. --Vang Tot Bd Mkt Inst | A | Dividend | K | T | | | | | |
| 67. Brokerage Acct #3 (H) | | | | | | | | | |
| 68. --ABBV (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 03/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --ABT | A | Dividend | J | T | | | | | |
| 70. --CSCO (Y) | | | | | | | | | |
| 71. --D | A | Dividend | J | T | | | | | |
| 72. --MSFT (Y) | | | | | | | | | |
| 73. --Janus Enterprise Fund (JAENX) | A | Dividend | J | T | | | | | |
| 74. | A | Distribution | | | | | | | |
| 75. --Vanguard 500 Index Fund (VFINX) | A | Dividend | K | T | | | | | |
| 76. --Touchstone Strategic Tr Focused Fund TFFYX | | None | | | Sold | 11/21/17 | J | A | |
| 77. --Ext Ins Sweep Dep Acct | A | Interest | | | Closed | 06/12/17 | | | |
| 78. --Wells Fargo Cash Sweep Acct | A | Interest | J | T | Open | 05/30/17 | | | |
| 79. Equitable Variable Life (Cash) | A | Interest | J | T | | | | | |
| 80. NC 529 Plans (H) | | | | | | | | | |
| 81. --Growth Portfolio (Age-Based, Aggressive Track) | | None | L | T | | | | | |
| 82. --Mod Growth Portfolio (Age-Based, Moderate Track) | | None | J | T | | | | | |
| 83. --Vanguard Growth (X) | | None | J | T | | | | | |
| 84. --Vanguard Ttl Stock Mkt (X) | | None | J | T | | | | | |
| 85. Brokerage Acct #4 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 03/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Powershares Emg Mkt (PCY) | A | Dividend | J | T | Buy | 10/10/17 | J | | |
| 87. --Vanguard Intl Eq (VWO) | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 88. --Vanguard Int (VCIT) | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 89. --Vanguard Ttl Bond (BND) | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 90. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 91. --Vanugard Ttl Stock (VTI) | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 92. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 93. --Vanguard FTSE Dev Mkt (VEA) | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 94. --Vanguard Mid Cap (VO) | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 95. --Vanguard Small ETF (VB) | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 96. --Vanguard ST Bond (BSV) (X) | A | Dividend | J | T | | | | | |
| 97. --Ishares S&P (IVV) | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 98. --SPDR Bloomberg HY (JNK) | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 99. Brokerage Acct #5 (H) | | | | | | | | | |
| 100. --ABBV(X) | A | Dividend | J | T | Sold (part) | 11/27/17 | K | D | |
| 101. --AFLAC (AFL) | | None | J | T | Buy | 11/27/17 | J | | |
| 102. --Air Prods & Chem (APD) | | None | J | T | Buy | 11/27/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 03/27/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Altria Grp (MO) | | None | J | T | Buy | 11/27/17 | J | | |
| 104. --Am Elec Pwr (AEP) | | None | J | T | Buy | 11/27/17 | J | | |
| 105. --Ameriprise (AMP) | | None | J | T | Buy | 11/27/17 | J | | |
| 106. --Amgen (AMGN) | | None | J | T | Buy | 11/27/17 | J | | |
| 107. --Arthur J Gallagher (AJG) | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 108. --AT&T (T) | | None | J | T | Buy | 11/27/17 | J | | |
| 109. --Blackrock (BLK) | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 110. --Brisol Myers (BMY) | | None | J | T | Buy | 11/27/17 | J | | |
| 111. --Chevron (CVX) | | None | J | T | Buy | 11/27/17 | J | | |
| 112. --CSCO (X) | A | Dividend | J | T | Sold (part) | 11/27/17 | J | A | |
| 113. --Coca-Cola (KO) | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 114. --Crown Castle (CCI) | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 115. --Delta Airlines (DAL) | | None | J | T | Buy | 12/28/17 | J | | |
| 116. --Eaton (ETN) | | None | J | T | Buy | 11/27/17 | J | | |
| 117. --Emerson Elec (EMR) (X) | | None | J | T | | | | | |
| 118. --Exelon Corp (EXC) | | None | J | T | Buy | 11/27/17 | J | | |
| 119. --Exxon Mobil (XOM) | | None | J | T | Buy | 11/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 03/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Ford Motor (F) | | None | J | T | Buy | 11/27/17 | J | | |
| 121. --Gilead Sci (GILD) | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 122. --Home Depot (HD) | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 123. --HP Inc (HPQ) | | None | J | T | Buy | 11/27/17 | J | | |
| 124. --Intel Corp (INTC) | | None | J | T | Buy | 11/27/17 | J | | |
| 125. --Invesco Ltd (IVZ) | | None | J | T | Buy | 11/27/17 | J | | |
| 126. --Johnson & Johnson (JNJ) | | None | J | T | Buy | 11/27/17 | J | | |
| 127. --JP Morgan (JPM) | | None | J | T | Buy | 11/27/17 | J | | |
| 128. --KAR Auction (KAR) (X) | | None | J | T | | | | | |
| 129. --Kimberly-Clark (KMB) | | None | | | Buy | 11/27/17 | J | | |
| 130. | | | | | Sold | 12/28/17 | J | A | |
| 131. --Liberty Prop REIT (LPT) | | None | J | T | Buy | 11/27/17 | J | | |
| 132. --Lockheed Martin (LMT) | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 133. --LyondellBasell (LYB) | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 134. --Marathon Petr (MPC) | | None | J | T | Buy | 11/27/17 | J | | |
| 135. --Marsah McLennan (MMC) | | None | J | T | Buy | 11/27/17 | J | | |
| 136. --Merck & Co (MRK) | | None | J | T | Buy | 11/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 03/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --MetLife (MET) | | None | J | T | Buy | 11/27/17 | J | | |
| 138. --MSFT (X) | A | Dividend | J | T | | | | | |
| 139. --Occidental Pete (OXY) | | None | J | T | Buy | 11/27/17 | J | | |
| 140. --Pfizer (PFE) | | None | J | T | Buy | 11/27/17 | J | | |
| 141. --Philip Morris (PM) | | None | J | T | Buy | 11/27/17 | J | | |
| 142. --Phillips 66 (PSX) | | None | J | T | Buy | 11/27/17 | J | | |
| 143. --PNC Fin Svcs (PNC) | | None | J | T | Buy | 11/27/17 | J | | |
| 144. --Proctor & Gamble (PG) | | None | J | T | Buy | 11/27/17 | J | | |
| 145. --Prologis (PLD) | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 146. --Prudential Fin (PRU) | | None | J | T | Buy | 11/27/17 | J | | |
| 147. --Qualcomm (QCOM) | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 148. --Schlumberger Ltd (SLB) | | None | J | T | Buy | 11/27/17 | J | | |
| 149. --Thomson Reuters (TRI) | | None | J | T | Buy | 11/27/17 | J | | |
| 150. --United Tech (UTX) | | None | J | T | Buy | 11/27/17 | J | | |
| 151. --US Bancorp (USB) | | None | J | T | Buy | 11/27/17 | J | | |
| 152. --Verizon (VZ) | | None | J | T | Buy | 11/27/17 | J | | |
| 153. --Wal-Mart (WMT) | | None | J | T | Buy | 11/27/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 03/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  --Wells Fargo (WFC) | | None | J | T | Buy | 11/27/17 | J | | |
| 155.  --Williams Cos (WMB) (X) | A | Dividend | J | T | | | | | |
| 156.  --Wells Fargo Cash Sweep Acct | A | Interest | J | T | Open | 11/17/17 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

-- Brokerage Acct # 3, Lines, 68, 70 & 72: ABBV, CSCO & MSFT transferred to Brokerage Acct #5 on 11/21/17

-- NC 529 Plans, Lines 83 & 84: these investments have increased to meet the requirements for reporting

-- Brokerage Acct #4, Line 96: this investment increased in value to meet the reporting requirements during the reporting period

-- Brokerage Acct #5, Lines 117, 128, & 155: these investments increased in value to meet the reporting requirements during the reporting period

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimberly A. Swank**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544